UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JULIUS HENDERSON,

                Plaintiff,

  v.

JESS JAMISON, RICHARD KELLOGS, SUSAN DREYFUS, and MARY L. JONES,

                Defendants.

No. C10-5802 RBL/KLS

ORDER TO SHOW CAUSE

This matter comes before the Court on Plaintiff's motion for leave to proceed *in forma pauperis*, filed by Plaintiff on November 2, 2010. ECF No. 1. However, the court is unable to make a proper determination of Plaintiff's eligibility for *informa pauperis* status because Plaintiff's application is incomplete.

In his application, Plaintiff states that he has received "Disability or workers compensation payments" within the past twelve months. ECF No., 1, p. 2 (Question 3.d.). However, Plaintiff did not describe the source of money, the amount received and what he expects he will continue to receive.

The court may permit indigent litigants to proceed *in forma pauperis* upon completion of a proper affidavit of indigency. See 28 U.S.C. § 1915(a). However, the court has broad

ORDER - 1

discretion in denying an application to proceed *in forma pauperis*. Weller v. Dickson, 314 F.2d 598 (9th Cir. 1963), cert. denied, 375 U.S. 845 (1963).

Accordingly, it is **ORDERED**:

(1) Plaintiff must provide complete answers to Question 3.d. in his application to proceed *in forma pauperis* **on or before November 26, 2010.** Failure to do so by **November 26, 2010** shall be deemed a failure to properly prosecute this matter and the court will recommend dismissal of this matter.

(2) The Clerk is directed to send a copy of this Order to Plaintiff.

DATED this 8th day of November, 2010.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2