UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JULIUS HENDERSON,<br><br>       Plaintiff,<br><br> v.<br><br>JESS JAMISON, RICHARD KELLOGS, SUSAN DREYFUS, and MARY L. JONES,<br><br>       Defendants. | No. C10-5802 RBL/KLS<br><br>ORDER GRANTING INFORMA PAUPERIS STATUS |

  Before the Court is Plaintiff's application for leave to proceed *in forma pauperis*. ECF Nos. 1 and 5. Plaintiff's application for leave to proceed *in forma pauperis* shall be **GRANTED**. Plaintiff is currently detained at Western State Hospital, in Lakewood, Washington, and does not appear to have funds available to afford the $350.00 court filing fee.

  The Clerk is directed to mail a copy of this Order to Plaintiff.

  **DATED** this 2<u>nd</u> day of December, 2010.

              */s/ Karen L. Strombom*
              Karen L. Strombom
              United States Magistrate Judge

ORDER - 1