UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JULIUS HENDERSON,<br><br>                Plaintiff,<br>   v.<br><br>JESS JAMISON, RICHARD KELLOGS, SUSAN DREYFUS and MARY L. JONES,<br><br>                Defendants. | No. C10-5802 RBL/KLS<br><br>ORDER GRANTING EXTENSION OF TIME TO RESPOND TO ORDER TO SHOW CAUSE |

By Order dated December 6, 2010, Plaintiff was ordered to show cause why this matter should not be dismissed or, alternatively to file an amended complaint curing the deficiencies outlined in the court's order. ECF No. 8. Plaintiff was given a deadline to amend or show cause by December 24, 2010. *Id.* On December 23, 2010, Plaintiff filed a motion for extension of time. ECF No. 9.

Accordingly, it is **ORDERED:**

(1)  Plaintiff's motion for extension of time (ECF No. 9) is **GRANTED**.

(2)  Plaintiff must show cause or file his amended complaint on or before **January 21, 2011.** Plaintiff is cautioned that if he fails to show cause or amend his complaint by **January 21, 2011**, the court will recommend dismissal of this action as frivolous pursuant to 28 U.S.C. § 1915.

(3)  The Clerk is directed to send a copy of this Order to Plaintiff.

DATED this  4th  day of January, 2011.

Karen L. Strombom
United States Magistrate Judge

ORDER TO AMEND OR SHOW CAUSE- 1