UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JULIUS HENDERSON,<br><br>                Plaintiff,<br>    v.<br><br>JESS JAMISON, RICHARD KELLOGS,<br>SUSAN DREYFUS and MARY L. JONES<br>JOSEPH BROWN,<br><br>                Defendants. | No. C10-5802 RBL/KLS<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) This action is **DISMISSED without prejudice** prior to service for failure to state a claim.

(3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for any Defendants who have appeared, and to the Hon. Karen L. Strombom.

DATED this 18th day of February, 2011.

Ronald B. Leighton
United States District Court Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1