# United States District Court

WESTERN DISTRICT OF WASHINGTON

JULIUS HENDERSON

JUDGMENT IN A CIVIL CASE

v.

Case No. C10-5802 RBL/KLS

JESS JAMISON, RICHARD KELLOGS,
SUSAN DREYFUS and MARY L. JONES,

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1) The Report and Recommendation is **ADOPTED**; and

(2) This action is **DISMISSED without prejudice** prior to service for failure to state a claim.

| | |
|---|---|
| February 18, 2011 | WILLIAM M. McCOOL |
| Date | Clerk |
| | *s/ Mary Trent* |
| | Deputy Clerk |